1  DENNIS D. STRAZULO (SBN 124695)
   dstrazulo@fmglaw.com
2  LISA R. GORMAN (SBN 222988)
   lgorman@fmglaw.com
3  **FREEMAN, MATHIS & GARY, LLP**
   Three Embarcadero Center, 8th Floor
4  San Francisco, CA 94111
   Telephone: (415) 394-9500
5  Facsimile:  (415) 394-9501

6  Attorneys for Defendant
   REVINATE, INC.
7

8  AARON P. MINNIS (SBN 202935)
   aaron@minnisandsmallets.com
9  SONYA SMALLETS (SBN 226190)
   sonya@minnisandsmallets.com
10 **MINNIS & SMALLETS LLP**
11 369 Pine Street, Suite 500
   San Francisco, CA 94104
12 Telephone: (415) 551-0885
   Fax: (415) 683-7157
13

14 Attorneys for Plaintiff
   VICTORIA FLOOD
15

16                IN THE UNITED STATES DISTRICT COURT
17            IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
18                          SAN FRANCISCO DIVISION
19

| | |
|---|---|
| 20  VICTORIA FLOOD, | CASE NO.:  3:13-cv-04006 SI |
| 21           Plaintiff, | STIPULATION OF DISMISSAL |
| 22           v. | Ctrm.:   10, 19th Floor |
| 23  REVINATE, INC. and DOES 1 through 10, inclusive, |          Hon. Susan Illston |
| 24           Defendants. | Complaint Filed: September 23, 2013 |

25
26
27  ////
28  ////

STIPULATION OF DISMISSAL – Case No. 3:13-cv-04006 SI

## STIPULATION OF DISMISSAL

COME NOW, the Plaintiff and Defendant herein, and, pursuant to the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby dismiss the above-styled civil action WITH PREJUDICE. Each party to pay its own fees and costs.

Respectfully submitted this 3rd day of February, 2014.

By: _____

Aaron P. Minnis (SBN 202935)
aaron@minnisandsmallets.com
Sonya Smallets (SBN 226190)
sonya@minnisandsmallets.com
**MINNIS & SMALLETS LLP**
369 Pine Street, Suite 500
San Francisco, CA 94104
Telephone: (415) 551-0885
Fax: (415) 683-7157

Attorneys for Plaintiff
VICTORIA FLOOD

By: Dennis D Strazulo

Dennis D. Strazulo (SBN 124695)
dstrazulo@fmglaw.com
Lisa R. Gorman (SBN 222988)
lgorman@fmglaw.com
**FREEMAN, MATHIS & GARY, LLP**
Three Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone: (415) 394-9500
Facsimile: (415) 394-9501

Attorneys for Defendant
REVINATE, INC.



IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA